Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | LeaAnn Barnick | Case No.: 18−10043 WJL 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on January 25, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 2/8/18

By the Court:

William J. Lafferty
United States Bankruptcy Judge