```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                        Case No. 18-10043-WJL
LeaAnn Barnick                                                Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0971-1         User: ljerge             Page 1 of 1             Date Rcvd: Feb 08, 2018
                             Form ID: NDC             Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
```
db            +LeaAnn Barnick,    P.O. Box 546,    Whitehorn, CA 95589-0546
14701468      +Coast Central Union,    2650 Harrison Ave.,    Eureka, CA 95501-3259
14701471      +Enhanced Recovery Corp.,    P.O. Box 57547,    Jacksonville, FL 32241-7547
14701472      +Federal National Mortgage Assoc.,    Fannie Mae,    135 North Los Robles Ave. #400,
                Pasadena, CA 91101-4529
14701465      +PLM Loan Management Services, Inc.,    46 N. Second St.,    Campbell, CA 95008-2026
14701466      +Seterus,    14523 SW Millikan Way,    Beaverton, OR 97005-2352
14701467      +Unifund,    10625 Techwoods Cir.,    Cincinnati, OH 45242-2846
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: RMSC.COM Feb 09 2018 01:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                P.O. Box 41021,    Norfolk, VA 23541-1021
14701470      +EDI: RESURGENT.COM Feb 09 2018 01:43:00      LVNV Funding, LLC,    P.O. Box 10497,
                Greenville, SC 29603-0497
14701469      +EDI: MID8.COM Feb 09 2018 01:43:00      Midland Funding,    8875 Aero Dr. #200,
                San Diego, CA 92123-2255
                                                                                              TOTAL: 3
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14701464     ##+Donald Bicknell,    c/o Professional Credit Management,    P.O. Box 1024,    Eureka, CA 95502-1024
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
```
              David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
              Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov
                                                                                              TOTAL: 2
```

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | LeaAnn Barnick | Case No.: 18–10043 WJL 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on January 25, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 2/8/18

By the Court:

William J. Lafferty
United States Bankruptcy Judge